1  Douglas Baek (SBN: 258321 )
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd, Ste 401
   Los Angeles, CA 90025
3  Tel: 323-988-2400 x244
   Fax: 866- 829-5083
4  dbaek@consumerlawcenter.com
   Attorneys for Plaintiff,
5  DAVID WILLIAMS

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| DAVID WILLIAMS, | ) |
| Plaintiff, | ) **Case No.: CV-11-10005 SVW(Ex)** |
| v. | ) |
| | ) **NOTICE OF SETTLEMENT** |
| CONSUMER RECOVERY ASSOCIATES, LLC, | ) |
| Defendant. | ) |

NOW COMES Plaintiff, DAVID WILLIAMS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

- 1 -

PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST TO WITHDRAW MICHAEL AGRUSS'S APPEARANCE

1 DATED: February 29, 2012              RESPECTFULLY SUBMITTED,

2                                        KROHN & MOSS, LTD.

3                                    By: /s/ Douglas Baek

4                                        Douglas Baek (SBN: 258321 )
                                         Krohn & Moss, Ltd.
5                                        10474 Santa Monica Blvd, Ste 401
                                         Los Angeles, CA 90025
6                                        Tel: 323-988-2400 x244
                                         Fax: 866- 829-5083
7                                        dbaek@consumerlawcenter.com
                                         Attorneys for Plaintiff,
8                                        DAVID WILLIAMS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST TO WITHDRAW MICHAEL AGRUSS'S APPEEARANCE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:     /s/ Douglas Baek

Douglas Baek (SBN: 258321 )
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Ste 401
Los Angeles, CA 90025

PLAINTIFF'S NOTICE OF SUBSTITUTION OF COUNSEL AND REQUEST TO WITHDRAW MICHAEL AGRUSS'S APPEARANCE