UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

FILED
CLERK U.S. DISTRICT COURT
MAR 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

DAVID WILLIAMS,

    Plaintiff,

vs.

CONSUMER RECOVERY ASSOCIATES, LLC,

    Defendant.

Case No.: CV-11-10005 SVW(Ex)

STIPULATION OF DISMISSAL WITH PREJUDICE

JS-6

## [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

DATED: March 29/2012

_____
Honorable Judge Stephen V. Wilson
United States District Judge